LW May 8, 2024  sundaysinbox@gmail.com

3-24CV1732-K

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS

1100 Commerce St.  Dallas, Texas 75244

ATTENTION: Felicia Worsham. Division Managerl, Room 1452

# 10

USDCemergencyfile@txnd.uscourts.gov 02012744 3880 7616 SA PNXA

02012744 3880 7616 SA PNXA



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 15 2024
CLERK, U.S. DISTRICT COURT
By_____ Deputy

Lula Westbrook
v.
Microsoft Corporation
Satya Nadella
Bradford Lee Smith

**COMPLAINT AND MOTION FOR EMERGENCY INJUNCTION**

This Action is brought by Lula Westbrook against Microsoft Corporation first move indication. Matter Federal Question, claim abstract. Application against Plaintiffs ongoing violation of Defendant's Constitutional rights, Motion For Emergency Injunction, Emergency Relief, COVID relief, miscellaneous relief, transcript, include right to Due Process, FEE WAIVE, EMERGENCY EFILE, Emergency Advance, JURY DEMAND, original, appointment of counsel request. Cause 42:1983 Civil Rights Act.

Microsoft Corporation acting manager, representation Defendant over personal space. Telescope request. Cause 42:1983 Civil Rights Act. Venue proper for matter of Microsoft Corporation action and reaction. Defendant's course request.. Cause 42:1983 Civil Rights Act. Defendant Microsoft Corporation imagination served if, need be hearing. Statement process sufficient. Motion for Service. Cause 42: 1983 Civil Rights Act Manner Serving Defendant Microsoft Corporation attention to detail sufficient. Voluntary opposition request. Cause 42:1983 Civil Rights Act.

COMPLAINT: Microsoft Corporation relaxation. Facts allege, Plaintiff's sentient claim enough rights to recover. Case upon which relief granted request. Cause 42:1983 Civil Rights Act. United States 5th Circuit Court of Appeals. Microsoft Corporation units objective evidence. Case moral obligation, party need to be joined. Motion For Emergency Injunction. 42:1983 Civil Rights Act. Why 28 U.S. Code § 1345, 5/8/24.

Respectfully Submitted,
Lula Westbrook
3727 Bertrand Avenue
Dallas, Texas 75210
972 273 0745



## Wednesday May 8, 2024

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS

1100 Commerce St.  Dallas, Texas 75244

ATTENTION: Felicia Worsham. Division Manager, Room 1452

## Attachment #00

1. Social Security Administration
2. AT&T, Inc.
3. Navy Federal Credit Union
4. United States Postal Service
5. Internal Revenue Service
6. Department of Health & Human Services Centers for Medicare & Medicaid Services Center For Clinical Standards And Quality Dallas Regional Office
7. Linebarger Goggan Blair & Sampson, LLP.
8. Linebarger Goggan Blair & Sampson, LLP.,Dallas County, Parkland Hospital District, Dallas College, Dallas County School, Equalization Fund, Dallas Independent School District, City of Dallas.
9. Health & Human Services Commission Office of Guardianship Services, Rehabilitative & Independence Services,Health, Developmental & Independence Services
10. Microsoft Corporation
11. City of Dallas
12. Dallas County
13. PayPal Holdings, Inc.
14. Wells Fargo
15. Judicial Branch Certification Commission
16. Apple

Respectfully,

Lula Westbrook




